UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| MALCOLM MEDLEY,<br><br>                    *Plaintiff*,<br><br>v.<br><br>CHARLOTTE A. BURROWS, CHAIR<br>UNITED STATES EQUAL EMPLOYMENT<br>OPPORTUNITY COMMISSION,<br><br><br>                    *Defendant.* | Civil Action No.: _____<br><br><br>March 1, 2021 |

PLAINTIFF'S MOTION FOR
TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Plaintiff Malcom Medley, by and through undersigned counsel and pursuant to Rule 65 of the Federal Rules of Civil Procedure, moves for a preliminary injunction against Defendant Charlotte A. Burrows, Chair of the Equal Opportunity Employment Commission ("EEOC" or "Defendant"). Medley respectfully requests that this Court order Defendant to restrain from removing Plaintiff from the Senior Executive Service ("SES") and transferring him to a new position in New Orleans, pending the resolution of Plaintiff's claims of discrimination, harassment, and retaliation in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000(e), *et seq*. ("Title VII"). Medley respectfully refers the Court to his accompanying Memorandum of Points and Authorities in Support of Plaintiff's Motion for Preliminary Injunction. A Proposed Order also accompanies the Motion.

Dated: March 1, 2021                              Respectfully submitted,


                                                  */s/ Anita M. Chambers*
                                                  R. Scott Oswald, D.C. Bar # 458859
                                                  Anita M. Chamber, D.C. Bar # 1046845
                                                  The Employment Law Group, P.C.
                                                  888 17th Street, N.W., 9th floor
                                                  Washington, D.C. 20006
                                                  (202) 261-2806
                                                  (202) 261-2835 (facsimile)
                                                  soswald@employmentlawgroup.com
                                                  achambers@employmentlawgroup.com
                                                  *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2021, a true and correct copy of the foregoing was served via served via email upon:

Charlotte A. Burrows, Chair,
Equal Opportunity Employment Commission,
charlotte.burrows@eeoc.gov

Carol Miaskoff, Legal Counsel,
Office of Legal Counsel,
Equal Opportunity Employment Commission,
carol.miaskoff@eeoc.gov

Daniel Van Horn
Chief of Civil Division
United States Attorney's Office for the District of Columbia
555 4th Street NW,
Washington, D.C. 20530
Daniel.VanHorn@usdoj.gov

and via certified mail on:

UNITED STATES ATTORNEY'S OFFICE
FOR THE DISTRICT OF COLUMBIA
Attn: Civil Process Clerk
555 4th Street NW,
Washington, D.C. 20530

UNITED STATES ATTORNEY GENERAL
950 Pennsylvania Avenue NW
Washington, DC 20530

EEOC HEADQUARTERS
131 M Street, NE
Washington, DC 20507

                                      */s/ Anita M. Chambers*
                                      Anita M. Chambers