UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| MALCOLM MEDLEY,<br><br>      *Plaintiff*,<br><br>v.<br><br>CHARLOTTE A. BURROWS, CHAIR UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br><br>      *Defendant.* | Civil Action No.: 1:21-cv-00534<br><br><br><br>March 2, 2021 |

## PLAINTIFF'S NOTICE OF ERRATA

Plaintiff Malcom Medley, by and through undersigned counsel, respectfully submits this errata to its Complaint, which was filed on March 1, 2021, at Docket No. 1, in order to correct an inadvertent clerical error. The Complaint did not include the name & full residence address of each party. Plaintiff submits as Exhibit 1 the Corrected Complaint, adding the name & full residence address of each party.

Dated: March 2, 2021      Respectfully submitted,

                */s/ Anita M. Chambers*
                R. Scott Oswald, D.C. Bar # 458859
                Anita M. Chamber, D.C. Bar # 1046845
                The Employment Law Group, P.C.
                888 17th Street, N.W., 9th floor
                Washington, D.C. 20006
                (202) 261-2806
                (202) 261-2835 (facsimile)
                soswald@employmentlawgroup.com
                achambers@employmentlawgroup.com
                *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2021, a true and correct copy of the foregoing was served via served via email upon:

Charlotte A. Burrows, Chair,
Equal Opportunity Employment Commission,
charlotte.burrows@eeoc.gov

Carol Miaskoff, Legal Counsel,
Office of Legal Counsel,
Equal Opportunity Employment Commission,
carol.miaskoff@eeoc.gov

Daniel Van Horn
Chief of Civil Division
United States Attorney's Office for the District of Columbia
555 4th Street NW,
Washington, D.C. 20530
Daniel.VanHorn@usdoj.gov

and via certified mail on:

UNITED STATES ATTORNEY'S OFFICE
FOR THE DISTRICT OF COLUMBIA
Attn: Civil Process Clerk
555 4th Street NW,
Washington, D.C. 20530

UNITED STATES ATTORNEY GENERAL
950 Pennsylvania Avenue NW
Washington, DC 20530

EEOC HEADQUARTERS
131 M Street, NE
Washington, DC 20507

                                                    */s/ Anita M. Chambers*
                                                    Anita M. Chambers