UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MALCOLM MEDLEY,<br><br>                *Plaintiff,*<br><br>    v.<br><br>CHARLOTTE A. BURROWS, in her official capacity as Chair, U.S. Equal Employment Opportunity Commission,<br><br>                *Defendant*. | Civil Action No. 21-0534 (RC) |

## JOINT NOTICE OF AGREEMENT

Pursuant to the status conference held on March 23, 2021, the parties, by and through undersigned counsel, file this Notice to inform the Court that Defendant has agreed to provide Plaintiff with 90 days' notice before Plaintiff will be required to report in person to his duty station in New Orleans once the agency is no longer in the current 100% telework status due to the ongoing COVID-19 pandemic.

Accordingly, Plaintiff has agreed that his emergency motion for a temporary restraining order and preliminary injunction may be held in abeyance until such time that he receives this 90-day notice.

<p style="text-align:center">*    *    *</p>


Dated: March 26, 2021                               Respectfully submitted,

| | |
|---|---|
| */s/ Anita M. Chambers* | CHANNING D. PHILLIPS |
| R. Scott Oswald, D.C. Bar # 458859 | D.C. Bar No. 415793 |
| Anita M. Chamber, D.C. Bar # 1046845 | Acting United States Attorney |
| THE EMPLOYMENT LAW GROUP, P.C. | |
| 888 17th Street, NW | BRIAN P. HUDAK |
| 9th Floor | Acting Civil Chief |
| Washington, DC  20006 | |
| Telephone: (202) 261-2838 | By:  */s/ Diana V. Valdivia* |
| Fax: (202) 261-2835 | DIANA V. VALDIVIA |
| soswald@employmentlawgroup.com | D.C. Bar No. 1006628 |
| achambers@employmentlawgroup.com | Assistant United States Attorney |
| | 555 4th Street, N.W. |
| *Counsel for Plaintiff* | Washington, D.C. 20530 |
| | (202) 252-2545 |
| | diana.valdivia@usdoj.gov |
| | |
| | *Counsel for Defendant* |