UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MALCOM MEDLEY,<br><br>        *Plaintiff*,<br> v.<br><br>CHARLOTTE A. BURROWS, CHAIR, U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>        *Defendant*. | Civil Action No. 21-0534 (RC)<br><br>Date: July 27, 2021 |

## MOTION TO WITHDRAW AN APPEARANCE
## FOR PLAINTIFF MALCOM MEDLEY

Pursuant to Local Rule 83.6(c), The Employment Law Group, P.C., and all attorneys who have entered an appearance herein, including R. Scott Oswald and Anita M. Chambers, respectfully moves this Court to withdraw their appearance on behalf of Plaintiff Malcom Medley in the above-captioned action. In support of this motion, The Employment Law Group, P.C. states the following:

1) The Employment Law Group, P.C. has served Mr. Medley a copy of the motion and a notice advising Mr. Medley to obtain other counsel.

2) Seven days have passed since the requested withdrawal.

3) Mr. Medley consents to this motion and is seeking other legal counsel.

4) Mr. Medley's contact information should be updated as follows:

  Mr. Malcom Medley
  18 Glencliff Road
  Roslindale, MA 02131
  Telephone: 617-291-6963
  Email: malcomsmedley@aol.com

1

For the foregoing reasons, The Employment Law Group, P.C., including R. Scott Oswald and Anita M. Chambers, requests that this Court withdraw its appearance from this matter.

                                        Respectfully submitted,

                                        */s/ Anita M. Chambers*
                                        R. Scott Oswald, D.C. Bar #458859
                                        Anita M. Chambers, D.C. Bar #1046845
                                        The Employment Law Group, P.C.
                                        1717 K St. NW, Ste 1110
                                        Washington, D.C. 20006
                                        Telephone: (202) 261-2838
                                        Fax: (202) 261-2835
                                        soswald@employmentlawgroup.com
                                        achambers@employmentlawgroup.com
                                        *Attorneys for Complainant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 27, 2021, the foregoing Notice of Withdrawal as Counsel was served via email to:

John F. Sherlock, III, Esq.
Equal Employment Opportunity Commission
Office of General Counsel
131 M Street, N.E.
Washington, DC 20507
John.sherlock@eeoc.gov

Diana V. Valdivia
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2545
diana.valdivia@usdoj.gov

Mr. Malcom Medley
18 Glencliff Road
Roslindale, MA 02131
Telephone: 617-291-6963 (Mobile)
malcomsmedley@aol.com

            __*/s/ Anita M. Chambers*_____
            Anita M. Chambers