**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MALCOM MEDLEY,** | |
| *Plaintiff*, | |
| v. | **Civil Action No. 21-0534 (RC)** |
| **CHARLOTTE A. BURROWS, CHAIR, U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | **Date: July 27, 2021** |
| *Defendant*. | |

**[PROPOSED] ORDER**

Upon consideration of Motion to Withdraw an Appearance for Plaintiff Malcom Medley

and upon consideration of the record herein it is, by the Court, on this _____ day of

_____, 2021,

**ORDERED** that the Motion is GRANTED.


_____
United States District Court Judge