UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MALCOLM MEDLEY,<br><br>    *Plaintiff,*<br><br>  v.<br><br>CHARLOTTE A. BURROWS, in her official capacity as Chair, U.S. Equal Employment Opportunity Commission,<br><br>    *Defendant*. | Civil Action No. 21-0534 (RC) |

## **NOTICE OF DEFENDANT'S WITHDRAWAL OF MOTION**

Defendant Charlotte A. Burrows, Chair, U.S. Equal Employment Opportunity Commission, by and through her undersigned counsel, hereby withdraws Defendant's pending motion to dismiss (ECF No. 15). Defendant's motion to dismiss was based on failure to exhaust, and that motion is now moot. Pursuant to Rule 12(a)(4) of the Federal Rules of Civil Procedure, Defendant intends to answer the Complaint within fourteen days (i.e., by November 8, 2021).

Defendant further notes that, on October 22, 2021, Plaintiff informed Defendant of his intent to proceed *pro se*.

\* \* \*

Dated: October 25, 2021                Respectfully submitted,

                                              CHANNING D. PHILLIPS, D.C. Bar No. 415793
                                              Acting United States Attorney

                                              BRIAN P. HUDAK
                                              Acting Chief, Civil Division

By:   /s/ *Douglas C. Dreier*
       DOUGLAS C. DREIER, D.C. Bar No. 1020234
       Assistant United States Attorney
       Civil Division
       U.S. Attorney's Office for the District of Columbia
       555 4th Street, N.W.
       Washington, D.C. 20530
       Telephone: (202) 252-2551
       Facsimile: (202) 252-2599
       douglas.dreier@usdoj.gov

       *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of October, 2021, I served a copy of the foregoing Notice of Defendant's Withdrawal of Motion by causing a copy of the document to be sent via U.S. Mail, postage prepaid, to the following address:

Malcolm Medley
18 Glencliff Road
Roslindale, MA 02131

                                        /s/ *Douglas C. Dreier*
                                        Douglas C. Dreier
                                        Assistant United States Attorney